## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHINOOK LICENSING DE, LLC, | |
| Plaintiff, | |
| v. | C.A. No.14-73-LPS |
| FACEBOOK INC. | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, Plaintiff Chinook Licensing DE, LLC ("Plaintiff") and Defendant Facebook Inc. ("Defendant") announced to the Court that they have settled Plaintiff's claims for relief against Defendant asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

_____
The Honorable Leonard P. Stark
United States District Judge